**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Charles Abieanga, | Civ. No. 24-3131 (JWB/SGE) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Billy Eischen, *Warden FPC Duluth*, | |
| Respondent. | |

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on September 18, 2024. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and submissions, **IT IS HEREBY ORDERED** that:

1. The September 18, 2024 Report and Recommendation (Doc. No. 5) is **ACCEPTED**;

2. Petitioner Charles Abieanga's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 23, 2024         *s/ Jerry W. Blackwell*
                               JERRY W. BLACKWELL
                               United States District Judge